UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Civil no. 3:15-CV-00561

Gibbs,
  Plaintiff

SCANNED at MWCi
and Emailed
3/16/16 by ✚ , 23 pages
date    initials    No.

V.

Maldonaldo, Et al
  Defendants

March 16, 2016

Plaintiff's Motion for an Order
to CompEll Discovery

Plaintiff, named in this case-caption, now
move this honourable court for an order to
compell discovery requests not furnished pursuant
to Rule 37 of the L. Civ. R. P. and the
Rule 37(2) of the Fed. R. Civ. P

A.    Statement of Nature of Case

The Current action, pending before this court,
was filed in 2015 and involves several Connecticut
Department of Correction Employees who overtly
Violated plaintiff's Constitutional liberties, ranging
from unreasonable use of excessive force, unreason-
able invasion of bodily privacy by a female

Supervisor, purposeful failure to evacuate uninvolved prisoners from chemically contaminated area(s) and deprivation of religious EXERCISE.

B.    (Discovery Requests Unanswered

       Set 1 — from 01-06-16

Request 1:   Produce unit directive (admininistrative directive) number 6.5.1 (USE of force) which was current during the incident of April 2, 2012.

Reason required:   to support Plaintiff's assertions of security breaches.

Request 2:   Produce entire Restraint Checklist (CN 6603) dated April 2, 2012 through April 4, 2012.

Reason required:   to evince Supervisor touring.

Request 3:     Produce any and all e-mails, faxes and any other electronically stored data related to your said discussion with plaintiff and your determination to continue plaintiff on in-cell restraint status as reflected on the Incident Report Supplemental page, dated 4/3/12.

Reason Required:   To ascertain defendant's alleged discussions for purposes of law violations.


C.     Production of Documents, Set 2 — From 01-04-16

Request 1     Produce the redacted 1-East housing unit log book page dated September 14, 2012 from times 3:00pm through 11:00pm to only show if exhaust fans were brought in the housing unit to be utilized immediately after the incident with Kenyon Joseph # 207827

3

Reason Required :    To properly identify correction staff on date of incident.

Request 2:    Produce any medical documents dated September 14, 2012, pertaining to the plaintiff's treatment for coughing

Reason Required: to evince claim of deliberate indifference.

D.    Production of Documents, Set 3 — from 01-04-16

Request 1 :  Produce any written determination\ review that may have been conducted by the Corrigan Unit manager of segregation, mental health unit staff and/or institutional religious facilitator in relation to witholding the plaintiff's Tarot cards during his week-long placement in the Corrigan Segregation in the month of May, 2014

4

Reason required:    To determine if institutional protocol was followed

———  ———  ———  ———  ———  ———  ———  ———  ———

II.   Plaintiff has complied with Rule 37 wholly by mailing a letter, dated 02-10-16 to Attorney Strom who has failed to respond. See letter attached.

Moreover, Attorney Strom, for some elusive reason, even motioned this court for an enlargement of time on 02-03-16 (see copy of attached motion) regarding herein named discovery requests, although Plaintiff never, prior to then, moved under Rule 37. However, despite Strom's motion, he has not produced the materials sought for in this motion.

Wherefore, the court should grant this motion

Respectfully Submitted
Plaintiff
Jason Goode
Jason Goode

5

<u>Certification</u>

I hereby certify that a copy of the foregoing was mailed this ___16th___ day of march, 2016 to:

Steven R. Strom
Assistant Attorney General
Mackenzie Hall
    110 Sherman Street
Hartford, Ct 06105


by Plaintiff:
Jason Goode #228240
MacDougall Corr. Inst.
1153 East St. South
Suffield, Ct 06080

6

Plaintiff's Letter to Attorney

MacDougall Corr. Inst.
1153 East St. South
Suffield, Ct 06080

February 10, 2016


Steven Strom, aag.

Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Ct 06105-2294

Dear Mr. Strom: this is a formal letter in regards to delayed discovery replies in Goods V. Maldonaldo etd, 3:15 cv 00561(AVC)

Three (3) separate requests for the Production of Documents, dated both January 4th and 6th of 2016, were mailed to you on those dates. The date of this correspondence makes these requests over 30 days.

This is my letter in a good faith attempt to resolve this delay before mentioning to the court pursuant to

ATTORNEY'S MOTION

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASON GOODE | : | CIVIL NO. 3:15CV00561 (AVC) |
| v. | : | |
| EDWARD MALDONADO, ET AL. | : | FEBRUARY 3, 2016 |

### MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S FIRST, SECOND, THIRD, AND FOURTH REQUESTS FOR PRODUCTION OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION OR TANGIBLE THINGS

Defendants in this action respectfully request an enlargement of time of 30 days until March 6, 2016, within which to respond to "Plaintiff's First, Second Third and Fourth Requests for Production of Documents, Electronically Stored Information or Tangible Things", dated January 6, 2016. In support of this motion the undersigned states the following:

1.  This is defendants' first request for an enlargement of time to respond to Plaintiff's Request for Interrogatories, and/or Requests for Production, and the time for responding has not yet run.

2.  Defendants submit that said extension is needed to gather information for the voluminous documents requested, and the request was not received until mid-late January, 2016, in four separate mailings.

3.  Counsel expects to complete these discovery responses by this date, as these requests have been forwarded to Wardens Maldonado and Erfe, who are working on it.

4.      As plaintiff is incarcerated and appears pro se, his position to this motion

has not been ascertained.

WHEREFORE, it is respectfully requested that this motion be granted.

DEFENDANTS
Edward Maldonado, Et Al.

GEORGE JEPSEN
ATTORNEY GENERAL


BY:  /s/ Steven R. Strom
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct01211
E-Mail:  steven.strom@ct.gov
Tel.:  (860) 808-5450
Fax:  (860) 808-5591


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 3rd

day of February, 2016 to:

Jason Goode, Inmate #228240
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080


/s/ Steven R. Strom
Steven R. Strom
Assistant Attorney General

2

Copy of Discovery Requests Section

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Goods, <br>    Plaintiff | Civil no. 3:15 cv 00561 AVC |
| v. | |
| Maldonaldo, Et al <br>    Defendants | January 4, 2016 |

### Plaintiff's Second Request For Production of Documents, Electronically Stored Information or Tangible Things

Pursuant to Rule 34(a) of the Federal Rules of Civil Procedure, plaintiff submits the following request for production of documents to defendant Fyfi within thirty (30) days upon reciept of this request to furnish service of the requested document by serving it to the plaintiff, via United States mail, at the following address: MacDougall—Walker Correction Institution, 1153 East Street South, Suffield, Connecticut 06080

**Request #1**

Produce the redacted 1-East housing unit log book page dated September 14, 2012, From times 3:00pm Through 11:00pm, to only show if Exhaust fans were brought in the housing unit to be utilized immediately after the incident with Kenyon Joseph #207827

**Response:**

**Request #2**   Produce any medical document, dated September 14, 2012, pertaining to the plaintiff's treatment for coughing

**Response**

2

Prepared and Signed,
Plaintiff:

Jason Goode
Jason Goode

## Certification

I hereby certify that the foregoing was mailed, postage prepaid, on this 1 day of January, 2015, to the following counsel of record:

Steven B. Strom
Assistant Attorney General
110 Sherman St.
Hartford, Ct 06106

Plaintiff:

Jason Goode #228290
MacDougall C.I.
1153 East St. South
Suffield, Ct 06080

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Goods, Plaintiff | Civil no. 3:15 CV 00561-AVC |
| v. | |
| Maldonaldo, et al Defendants | January 6, 206 |

## Plaintiff's First Request of Production of Documents, Electronically Stored Information of Tangible Things

Pursuant to Rule 34(a) of the Federal Rules of Civil Procedure, plaintiff submits the following request for production of documents to defendant named in the above case-caption and has thirty days (30) upon reciept of this request to furnish service of the requested document by serving it to the plaintiff, via United States mail, at the following address: MacDougall-Walker Correction Institution, 1153 East Street South, Suffield Connecticut 06080

Request #1

Produce Unit directive (administrative directive) number 6.5.1 (Use of Force) which was current during the incident of April 2, 2012

Response:

Request #2 Produce the Entire Restraint Checklist (CN 6503) dated April 2, 2012 through April 4, 2012

Response:

Request #3    Produce any and all E-mails, faxes or any other Electronically

2

stored data related to your said discussion
with plaintiff and your determination to
continue plaintiff on in-cell restraint
status as reflect on the Incident Report
supplemental page, dated 4/3/12.

Response

## Certification

I hereby certify that a copy of the foregoing was mailed, postage pre-paid, on this 6 day of January, 2016 to:

Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, Ct 06105

Prepared and served by

Jason Goode #228240
1153 East St. South
Suffield, Ct 06080

4

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Goode,
    Plaintiff

Civil no. 3:15-cv-00561 (AVC)

v.

Maldonaldo, Et al
    Defendants

January 4, 2016

## Plaintiff's Third Request for Production Of Documents, Electronically Stored Information or Tangible Things

Pursuant to Rule 34(a) of the federal Rules of Civil Procedure, plaintiff submits the following request for production of documents to defendant: Maldonaldo within thirty (30) upon reciept of this request to furnish service of the requested document by serving it to the Plaintiff, via United States mail, at the following address: MacDougall-Walker Correction Institution, 1153 East St. South, Suffield, Ct 06080

Request #1

Produce any "written determination/
review that may have been conduct by
the Corrigan Unit Manager of segregation,
mental health unit staff and/or institutional
religious Facilitator in relation to
withholding the plaintiff's Tarot cards
during his week-long placement in
the Corrigan Segregation in the
month of May, 2014

Response:

Prepared and Signed by:
Plaintiff:

Jason Goods

2

## Certification

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 6 day of January, 2016 to:

Steven R. Stran
Assistant Attorney General
110 Sherman Street
Hartford, Ct 06106

Prepared and Served by,

Jason Goode #228240
1153 East St. South
Suffield, Ct 06080

3