SCANNED at mwci
and Emailed
5/24/16 by K . 13 pages
date    initials   No.

MacDougall Corr. Inst.
1153 East St. South
Suffield, Ct 06080

May 24, 2016

United States District Court
Office of the Clerk
450 Main Street
Hartford, Ct 06103

Dear Clerk: I am re-filing my motion for an order to compel Discovery because the relevant attachments were not included in the first filing dated 5/18/16

Sincerely,
Jason Goode

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Goude, Plaintiff | Civil No. 3:15-CV-00561 |
| v. | SCANNED at mwci and Emailed 5/18/16 by H . 10 pages |
| Maldonaldo, Defendants | May 18, 2016 |

## Plaintiff's Motion for an Order to Compel Discovery

Plaintiff, named in the case-caption, now move this honourable court for an order to compel discovery requests objected to by defendants pursuant to Rule 37 of the Local Civil Rule of Procedure and Rule 37(2) of the Federal Rule of Civil Procedure.

A.        Statement of Nature of the Case

The current action, pending before this court, was filed in 2015 and involves several Connecticut Department of Correction employees who overtly violated plaintiff's Constitutional liberties, ranging from unreasonable use of excessive force, unreason-

able invasion of bodily privacy by a female correctional supervisor, purposeful failure to evacuate uninvolved prisoners from chemically contaminated area(s) and deprivation of religious exercise.

B. Discovery Request Objected to

( Plaintiff's Fourth Request for Production of documents, dated 01/19/16)

Request # 1

Produce plaintiff's medical records from times of Incident, 2012 until present date. Medical Records also means dental and mental health.

Reason required: To establish dates of injuries and state of mind.

B(1)   Reason for Objection

Defendant states in his Response, dated 02-04-16, the usual "... it is overly broad and unduly burdensome", and further

2

stated that "the plaintiff can make arrangements to review said his medical/mental health records, making a request to the medical unit following the normal institutional policy of CMHC". See Exhibit A

C.  **Plaintiff's Alternative Efforts To Obtain**

Plaintiff met with Correctional Head Nursing Supervisor H. Greene who I explained to of needing a couple of hours to review records going back to 2012. This request was denied on the basis that the CMHC policy only allowed one (1) hour for review every six (6) months. Consequently, Plaintiff filed a grievance and two other requests with corresponding responses that plaintiff would only be allowed one (1) to review his records at six (6) month intervals See Exhibits Marked: C, C(1) and C(2).

Plaintiff has done everything practicle and that was suggested by defendant in attempting to obtain his medical file from the MacDougall medical staff in the face

3

of their strict policy which counsel is aware of.

Plaintiff <u>does not</u> have another six (6) months to wait to review his medical file as the deadline for discovery is 7/31/16.

Furthermore, plaintiff does not have the funds to pay for the voluminous photocopies from his medical file.

Without objections, the Attorney General offices has provided medical records to the plaintiff in a previous action. There is no reason why counsel can not do so here.

Finally, this request is needed to pinpoint plaintiff's doctor's visits concerning the injuries he sustained after the incidents cited in his complaint.

Wherefore the court should grant this motion

Respectfully Submitted

_(signature)_

4

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASON GOODE | : | CIVIL NO. 3:15CV00561 (AVC) |
| v. | : | |
| EDWARD MALDONADO, ET AL. | : | FEBRUARY 4, 2016 |

### DEFENDANTS' RESPONSES TO PLAINTIFF'S FOURTH REQUEST OF PRODUCTION OF DOCUMENTS, ELECTRONICALLY STORED INFORMAITON OR TANGIBLE THINGS

**Request #1:**

Produce plaintiff's medical records from times of incidents, 2012 until the present date. Medical records also mean dental and mental health.

**Response:** This request is objected to insofar as it is overly broad and unduly burdensome. Notwithstanding this objection, the plaintiff can make arrangements to review said his Medical/Mental Health records, making a request to the Medical Unit following the normal institutional policy of CMHC.

DEFENDANTS
Edward Maldonado, Et Al.

GEORGE JEPSEN
ATTORNEY GENERAL

BY: _____
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct01211
E-Mail: steven.strom@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 4th day of February, 2016 to:

Jason Goode, Inmate #228240
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

_____
Steven R. Strom
Assistant Attorney General



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Jason Goode
Inmate number: 228240
Facility/Unit: MCI
Housing unit: Q-A1
Date: 02-10-16
Submitted to: Med-Unit

Request: I am requesting about three (3) hours or more to review my medical file from the years 2012 until the present and make photocopies of this file.

Previous action taken:

Acted on by (print name): N. Greene
Title: CHNS
Action taken and/or response: Forwarded to medical records. Policy is 1 hour every 6 months.

Staff signature: N. Greene CHNS
Date: 3/21/16

# CONFIDENTIAL
(FOR OFFICIAL USE ONLY)

Inmate name: J. Goode
Inmate number: 228240
Housing: Q-41

## SECTION 4 — STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT.

No reply has been put to this attached request dated 02-11-16 concerning a few hours needed by me to review my med. file. This request was two (2) weeks ago and should have been responded to per departmental policy.

Remedy — Allow up to 2½ hours with a nurse for me to review my med. file dating back to April 2012. I would like this to occur in a room as oppose to out in this open.

Inmate signature: [signature]
Date: 2-29-16

For all remedies except health services, deposit this form in the **Administrative Remedies box**.
For a health services issue, deposit this form in the **Health Services box**.

## SECTION 5 — DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received: 3/1/2016
IGP #: 2016-?/02
T#:

Disposition: Compromised
Date of Disposition: 3/7/2016

Reason: Your request is on file w/ medical records. Per policy, 30 days for review of records and copies. Every 6 months you can review your file for 1 hour. Every 6 months you can get copies.

☒ You have exhausted DOC's Administrative Remedies.
☐ This matter may be appealed to:

Signature: McLosano, LCSW
Date: 3/7/2016

# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 8/22/13

Facility/Unit: McDougall C.I.
Date: 02-29-16
Inmate name: Jason Goode
Inmate number: 228240

## SECTION 1 — SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.

Follow the instructions *(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

A. ☐ **I am filing a Grievance.**
Prior to filing a grievance, you must attempt informal resolution. Attach a copy of CN 9601, Inmate Request Form with the staff member's response OR state in Section 4 the reason why the form is not attached. Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.  > Refer to Section 2 below

B. ☒ **I am requesting a Health Services Review:** ☐ Diagnosis/Treatment   > Complete Section 4  >>>>
☒ All Other Health Care Issues

C. ☐ **I am filing an Appeal of a (select one below):**
Appeals must be filed within 15 days of notification of a decision.   > Complete Section 3 below
 ☐ Disciplinary Action
 ☐ Special Management Decision    ☐ Classification Decision
 ☐ Media Review Committee Decision  ☐ Furlough Decision   > Complete Section 4  >>>>
 ☐ Security Risk Group Designation   ☐ ADA Decision
 ☐ Determination of Grievance Process Abuse   ☐ Rejection of Outside Tapes/CDs
 ☐ Determination of Retroactive RREC Credits   ☐ Rejection of Correspondence

## SECTION 2 — OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE

Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side. >>>

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

## SECTION 3 — DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY

You may file a Disciplinary Appeal ONLY if you have pleaded not guilty and have been found guilty at a disciplinary hearing. If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

Offense:
Report date:
Facility where hearing was conducted:
Date of hearing:
Did you have an advocate?  ☐ yes  ☐ no   If yes, name of advocate:
Did you identify witness(es) to the investigator?  ☐ yes  ☐ no   Did your witness(es) testify?  ☐ yes  ☐ no
Name(s) of any witness(es):

## Certification

I hereby certify that a copy of the foregoing was mailed this 18 day of May, 2016 to:

Steven Strom, esq
  Attorney General Office
  110 Sherman St.
  Hartford, CT  06105

*Jason Goode*

5

DOC#:   0000228240    Name: GOODE, JASON                          [Birth_Date]: 05/09/1975
LOCATION: 137-Q

ACCOUNT BALANCES Total:      144.40        CURRENT:      144.40        HOLD:       0.00

                              12/16/2015    05/16/2016
SUB ACCOUNT                  START BALANCE  END BALANCE
SPENDABLE BALANCE              361.66         23.99
DISCHARGED SAVINGS
BONDS
PLRA                           104.83        120.41
HOLIDAY PACKAGES                 0.00          0.00
COST OF INCARCERATION
REENTRY ID

                    DEBTS AND OBLIGATIONS
TYPE   PAYABLE              INFO NUMBER      AMOUNT OWING    AMOUNT PAID   WRITE OFF AMT.
OSIC   MED SIC OBLIGATION   141-07/26/11         0.00           3.00           0.00
OSIC   MED SIC OBLIGATION   137-04/17/16         0.00           3.00           0.00
OSIC   MED SIC OBLIGATION   141-3/13/10          0.00           3.00           0.00

        TRANSACTION DESCRIPTIONS --         SPENDABLE BALANCE SUB-ACCOUNT
DATE        TYPE    TRANSACTION DESCRIPTION       TRANSACTION AMT        BALANCE
12/18/2015  CRS     CRS SAL ORD #11672032 D1    (      12.43)            349.23
12/22/2015  CEC     CEC SAL ORD #11672032              3.10              352.33
12/23/2015  WPOS    Postage  137                (       1.20)            351.13
12/23/2015  WPOS    Postage  137                (       1.20)            349.93
12/24/2015  CRS     CRS SAL ORD #11682426 D1    (       6.92)            343.01
12/31/2015  CRS     CRS SAL ORD #11693479 D1    (      18.03)            324.98
01/05/2016  WPOS    Postage  137                (       1.64)            323.34
01/05/2016  WPOS    Postage  137                (       1.20)            322.14
01/06/2016  CEC     CEC SAL ORD #11693479              1.90              324.04
01/08/2016  CRS     CRS SAL ORD #11706362 D1    (       7.04)            317.00
01/11/2016  WPOS    Postage  137                (       2.74)            314.26
01/11/2016  WPOS    Postage  137                (       2.96)            311.30
01/15/2016  CRS     CRS SAL ORD #11719030 D1    (       9.71)            301.59
01/22/2016  CRS     CRS SAL ORD #11729732 D1    (       6.89)            294.70
01/26/2016  WSR     REV GJ#14261219 Special Request -    30.00           324.70
                    137
01/27/2016  CEC     CEC SAL ORD #11729732              6.89              331.59
01/29/2016  CRS     CRS SAL ORD #11739425 D1    (       7.51)            324.08
02/03/2016  WPOS    Postage  137                (       1.42)            322.66
02/05/2016  CRS     CRS SAL ORD #11752530 D1    (      11.73)            310.93
02/09/2016  WPOS    Postage  137                (       2.52)            308.41
02/10/2016  CRS     CRS SAL ORD #11762152D1     (       2.12)            306.29
02/11/2016  CRS     CRS SAL ORD #11764531 D1    (      10.30)            295.99
02/18/2016  WSR     Special Request - 137       (     215.49)             80.50
02/19/2016  CRS     CRS SAL ORD #11776649 D1    (      11.85)             68.65
02/19/2016  WU_TXN  WUINTERF: TXN_TRACE               20.00                88.65
                    1605086225256498, TXN_DATE
                    02/19/2016, NET_AMOUNT

DOC#:    0000228240     Name: GOODE, JASON                          [Birth_Date]: 05/09/1975
LOCATION: 137-Q

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 02/19/2016 | DED | Deduction-PLRA-10252012 D D | ( 4.00) | 84.65 |
| 02/22/2016 | WPOS | Postage 137 | ( 1.20) | 83.45 |
| 02/26/2016 | CRS | CRS SAL ORD #11788469 D1 | ( 9.59) | 73.86 |
| 02/29/2016 | WPOS | Postage 137 | ( 1.42) | 72.44 |
| 02/29/2016 | WPOS | Postage 137 | ( 1.42) | 71.02 |
| 02/29/2016 | WPOS | Postage 137 | ( 1.42) | 69.60 |
| 02/29/2016 | WPOS | Postage 137 | ( 1.20) | 68.40 |
| 03/01/2016 | CRS | CRS SAL ORD #11794235D1 | ( 18.49) | 49.91 |
| 03/03/2016 | WPOS | Postage 137 | ( 1.20) | 48.71 |
| 03/03/2016 | WSR | Special Request - 137 | ( 7.75) | 40.96 |
| 03/04/2016 | CRS | CRS SAL ORD #11801770 D1 | ( 11.43) | 29.53 |
| 03/04/2016 | WSR | Special Request - 137 | ( 20.00) | 9.53 |
| 03/08/2016 | WSR | REV GJ#13737757 Special Request - 137 | 2.00 | 11.53 |
| 03/10/2016 | DMR | Mail Receipts 137 | 2.90 | 14.43 |
| 03/10/2016 | DED | Deduction-PLRA-10252012 D D | ( 0.58) | 13.85 |
| 03/11/2016 | CRS | CRS SAL ORD #11814141 D1 | ( 11.15) | 2.70 |
| 03/18/2016 | CRS | CRS SAL ORD #11824995 D1 | ( 2.15) | 0.55 |
| 04/01/2016 | CRS | CRS SAL ORD #11848008 D1 | ( 0.13) | 0.42 |
| 04/01/2016 | CEC | CEC SAL ORD #11848008 | 0.13 | 0.55 |
| 04/01/2016 | WU_TXN | WUINTERF: TXN_TRACE 1609284253406893, TXN_DATE 04/01/2016, NET_AMOUNT | 25.00 | 25.55 |
| 04/01/2016 | DED | Deduction-PLRA-10252012 D D | ( 5.00) | 20.55 |
| 04/08/2016 | CRS | CRS SAL ORD #11860628 D1 | ( 16.75) | 3.80 |
| 04/15/2016 | CRS | CRS SAL ORD #11872258 D1 | ( 3.74) | 0.06 |
| 04/18/2016 | CEC | CEC SAL ORD #11860628 | 16.75 | 16.81 |
| 04/22/2016 | CRS | CRS SAL ORD #11883380 D1 | ( 13.82) | 2.99 |
| 04/29/2016 | CRS | CRS SAL ORD #11895345 D1 | ( 1.65) | 1.34 |
| 05/04/2016 | WU_TXN | WUINTERF: TXN_TRACE 1612583718971454, TXN_DATE 05/04/2016, NET_AMOUNT | 30.00 | 31.34 |
| 05/04/2016 | DED | Deduction-PLRA-10252012 D D | ( 6.00) | 25.34 |
| 05/04/2016 | DED | Deduction-OSIC-137-04/17/16 D D | ( 3.00) | 22.34 |
| 05/11/2016 | CEC | CEC SAL ORD #11895345 | 1.65 | 23.99 |

         TRANSACTION DESCRIPTIONS --           DISCHARGED  SUB-ACCOUNT
                                                  SAVINGS

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

         TRANSACTION DESCRIPTIONS --              BONDS  SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

         TRANSACTION DESCRIPTIONS --              PLRA  SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 02/19/2016 | DED | Deduction-PLRA-10252012 D D | 4.00 | 108.83 |
| 03/10/2016 | DED | Deduction-PLRA-10252012 D D | 0.58 | 109.41 |
| 04/01/2016 | DED | Deduction-PLRA-10252012 D D | 5.00 | 114.41 |
| 05/04/2016 | DED | Deduction-PLRA-10252012 D D | 6.00 | 120.41 |

DOC#:   0000228240     Name: GOODE, JASON                      [Birth_Date]: 05/09/1975
LOCATION: 137-Q

| | TRANSACTION DESCRIPTIONS -- | HOLIDAY PACKAGES SUB-ACCOUNT | |
|---|---|---|---|
| DATE | TYPE   TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
| | TRANSACTION DESCRIPTIONS -- | COST OF SUB-ACCOUNT INCARCERATION | |
| DATE | TYPE   TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
| | TRANSACTION DESCRIPTIONS -- | REENTRY ID SUB-ACCOUNT | |
| DATE | TYPE   TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |