Northern C.I.
P.O. Box 665
Somers, Ct 06071

June 26, 2017

United States
District Court
141 Church St.
New Haven, Ct
06510

2017 JUN 29 PM 2 31 FILED U.S. DISTRICT COURT NEW HAVEN, CT.

(USDC) Clerk: I am the plaintiff in Goode v. Blue, 3:10-cv-135(JGM). I filed an emergency motion to reopen case and have not been recieving any E-File reciepts. I do not believe counsel is appointed to this case. Could you please mail me a copy of the entries on the Civil Docket on this matter?

In addition, could you please mail me a copy of the latest entries on the Civil Docket regarding Goode v. Maldonado, et al., 3:15 cv 00561 (AVC) as I have recieved nothing on the said pre-trial management plan.

Sincerely,

Jason Goode