```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

JASON GOODE,                      :
   plaintiff,                     :
                                  :
      v.                          :     CASE NO. 3:15-cv-561(AVC)
                                  :
EDWARD MALDONADO, ET AL.,         :
   defendants.                    :
```

**RULING ON PLAINTIFF'S MOTION FOR COPIES [Doc. #77]**

The plaintiff, Jason Goode, has filed a letter seeking copies of docket entries in Goode v. Blue, 3:10-cv-135(JGM) and this case. The letter has been docketed as a motion in this case.

With regard to docket entries in Goode v. Blue, Goode is directed to seek copies by filing a motion in that case.

With regard to this case, Goode states that he had not received any notice regarding the pretrial management plan. Goode filed his motion on June 26, 2017. A review of the docket shows that the next preceding docket entries relate to the settlement conference held in May 2017. As there were no docket entries relating to pretrial management, Goode's motion [**Doc. #77**] is **DENIED**.

**SO ORDERED** at Hartford, Connecticut, this 11th day of September 2017.

                                         _____/s/_____
                                         Alfred V. Covello
                                         United States District Judge