UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASON GOODE | : | NO.: 3:15-CV-0561 (AVC) |
| | : | |
| VS. | : | |
| | : | |
| EDWARD MALDONADO, ET AL. | : | NOVEMBER 1, 2018 |

<u>**JOINT STATUS REPORT**</u>

**a. *STATUS OF THE CASE, STATUS OF DISCOVERY, PENDING MOTIONS AND OTHER POTENTIAL IMPEDIMENTS TO COMPLIANCE WITH THE SCHEDULING ORDER***

Plaintiff's and Defendants' counsel have conferred and will be filing their Joint Rule 26(f) Report shortly.  The plaintiff, represented by other counsel and pro se, has multiple cases pending.  Counsel were hoping to resolve these matters globally, and had been working on such resolution, which accounts for the present status of the case.  Settlement, either globally or of this individual case,  does not seem viable at this time.  There are no pending motions.

**b.    INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES**

Premature at this time.

**c.    *TRIAL BEFORE MAGISTRATE JUDGE***

Plaintiff does not consent. Defendants consent to jury trial and the entry of judgment by a United Sates Magistrate Judge.

**c.    *ESTIMATED LENGTH OF TRIAL***

Two to Three Days.

THE PLAINTIFF
Jason Goode


BY:_____ */s/ Rose Longo-McLean*
ROSE LONGO-MCLEAN (ct28819)
51 Elm Street< SUITE 409
New Haven, CT 06510
203.562.9931
Fax:  203.776.9494
jrw@johnrwilliams.com


DEFENDANTS
Edward Maldonado, et al.


:
_____/s/_____
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
860-808-5450
Fax: 860-808-5591
Fed. Bar. No.  ct01211
Email: steven.strom@ct.gov


CERTIFICATION OF SERVICE

On November 1, 2018,  a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


_____ */s/   Rose Longo-McLean*
ROSE LONGO-McLEAN